IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-293-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| PRENTICE BEST, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on motion of the United States to seal Exhibit 1, Defendant's COVID-19 vaccination record. For good cause shown, the Court GRANTS the Motion to Seal until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed document to the United States and Defendant.

SO ORDERED this 26 day of July 2021.

JAMES C. DEVER III
United States District Judge